UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTA ANGELICA HURTADO,

Plaintiff,

v.

COUNTY OF SACRAMENTO, et al.,

Defendants.

No.  2:14-CV-00323-KJM-KJN

ORDER

Marta Angelica Hurtado ("plaintiff") moves to proceed *in forma pauperis*.  Mot. to Proceed in Forma Pauperis ("Mot.") at 1–2, ECF No. 2.  In support of her motion, she has filed an Application to Proceed in District Court Without Prepaying Fees or Costs.  *Id.*

Courts "may authorize the commencement, prosecution or defense of any suit, action or proceeding, . . . without prepayment of fees . . . by a person who submits an affidavit that includes a statement of all assets such . . . that the person is unable to pay such fees or give security therefor."  28 U.S.C. § 1915(a)(1).  "Such affidavit shall state the nature of the action . . . and affiant's belief that the person is entitled to redress."  *Id.*

Here, plaintiff attests that she has no current income and that her only assets are fifty dollars, a 1999 Ford Expedition, a wedding ring and a necklace.  Mot. at 1–2.  Further, she "declare[s] . . . [under penalty of perjury] that [she is] unable to pay the costs of these

1

1 | proceedings and that [she is] entitled to the relief requested." *Id.* at 1.  As plaintiff has
2 | complied with the pertinent statutory dictates, 28 U.S.C. § 1915(a)(1), the court permits
3 | plaintiff to proceed *in forma pauperis*.

As set forth above, the court GRANTS the motion.

IT IS SO ORDERED.

DATED:  May 6, 2014.

_____
UNITED STATES DISTRICT JUDGE