UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA ANGELICA HURTADO,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY SHERIFF DEPUTY DAVID CUNEO IN HIS INDIVIDUAL CAPACITY, and DOES 1-100 inclusive,<br><br>Defendants. | No. 2:14-CV-00323-KJM-KJN<br><br><br><br>ORDER |

In the court's October 2, 2014 Status Order, the parties were directed to inform the court of their efforts to exhaust private settlement efforts by January 20, 2015. Because the parties have not informed the court otherwise, the court assumes private settlement efforts have been exhausted and refers this case to the assigned magistrate judge for settlement proceedings. A settlement conference is scheduled before Magistrate Judge Kendall J. Newman for May 5, 2015 at 9:00 a.m. in Courtroom No. 25, 8th Floor.

The parties are directed to submit their confidential settlement conference statements to the court using the following email address: kjnorders@caed.uscourts.gov. If a party desires to share additional confidential information with the Court, they may do so pursuant to the provisions of Local Rule 270(d) and (e). Statements are due at least 7 days prior to the

1

Settlement Conference.  Each party is reminded of the requirement that it be represented in person at the settlement conference by a person able to dispose of the case or fully authorized to settle the matter at the settlement conference on any terms.  See Local Rule 270.

        IT IS SO ORDERED.

DATED: February 24, 2015.

                                      UNITED STATES DISTRICT JUDGE