UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA ANGELICA HURTADO, | No. 2:14-cv-00323-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY SHERIFF DEPUTY DAVID CUNEO IN HIS INDIVIDUAL CAPACITY, and DOES 1-100 inclusive, | |
| Defendants. | |

On October 2, 2014, the court issued a pre-trial scheduling order. ECF No. 21. In the order, the parties were directed to engage in a meet and confer prior to filing a motion. The meet and confer directive was designed to have the parties discuss thoroughly the substance of the contemplated motion and any potential resolution. ECF No. 21 at 5. After the meet and confer, if a party still desired to file a motion, that party was directed to file a notice of motion containing "a certification by counsel filing the motion that meet and confer efforts have been exhausted, with a brief summary of meet and confer efforts." *Id.*

On September 24, 2015, defendant Deputy David Cuneo filed a motion for summary judgment. ECF No. 32. His counsel failed to file a notice of motion containing a

1

1  certification indicating that meet and confer efforts have been exhausted. Thus, counsel did not
2  comply with the 2014 pre-scheduling order.

3  Accordingly, counsel for defendant Cuneo is hereby ORDERED, within seven (7)
4  days of entry of this order, to show cause why he should not be sanctioned in the amount of $250
5  for his failure to comply with this court's order.  Alternatively, he is ORDERED to meet and
6  confer with plaintiff Hurtado's counsel prior to the due date of the reply to defendant's motion for
7  summary judgment, and file a notice certifying as much, with a report on any narrowing of issues
8  resulting from the meet and confer.  If the parties meet and confer, the possibility of a sanction
9  will be abated.

10  IT IS SO ORDERED.
11  DATED:  October 15, 2015.

UNITED STATES DISTRICT JUDGE