UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HURTADO,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>        Defendants.<br>_____<br><br>TEJEDA-PUENTES,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>        Defendants. | No.  2:14-cv-00323-KJM-KJN<br><br><br><br><br><br><br><br><br>No. 2:15-cv-00870-TLN-KJN<br><br><br>**RELATED CASE ORDER** |

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a).  Both actions arise from the same gathering and service calls to the Sacramento County Sheriff's Department on April 20, 2013, involve defendant Deputy David Cuneo, and bring claims under 42 U.S.C. section 1983, and would therefore entail a substantial

1

1   duplication of labor if heard by different judges.  *See* Local Rule 123(a)(3).  Accordingly, the
2   assignment of these matters to the same judge is likely to effect a substantial savings of judicial
3   effort and is likely to be convenient for the parties.
4        The parties should be aware that relating cases under Rule 123 causes the actions
5   to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related
6   cases are generally assigned to the judge and magistrate judge to whom the first filed action was
7   assigned.
8        As a result, it is hereby ORDERED that the action denominated 2:15-cv-00870-
9   TLN-KJN is reassigned from Judge Troy L. Nunley to the undersigned.  The action is already
10  assigned to the same magistrate judge as the first filed action, Magistrate Judge Kendall J.
11  Newman.  Henceforth, the caption on documents filed in the reassigned case shall be shown as:
12  2:15-cv-00870-KJM-KJN.
13       It is further ORDERED that the Clerk of the Court make appropriate adjustment in
14  the assignment of civil cases to compensate for this reassignment.
15       IT IS SO ORDERED.
16  DATED:  November 11, 2015.

_____
UNITED STATES DISTRICT JUDGE