1  CREGGER & CHALFANT LLP
   ROBERT L. CHALFANT, SBN 203051
2  Email:  rlc@creggerlaw.com
   WENDY MOTOOKA, SBN 233589
3  Email:  wm@creggerlaw.com
   1030 G Street
4  Sacramento, CA 95814
   Phone: 916.443-4443
5  Fax:  916.443-2124

6  Attorneys for Defendant COUNTY OF
   SACRAMENTO SHERIFF'S DEPUTY DAVID
7  CUNEO

8  Jesse Ortiz SBN 176450
   jesse@jessortizlaw.com
9  Nolan Berggren SBN 293248
   ben@jesseortizlaw.com
10 **Jesse Ortiz** Law
   980 9th Street, Suite 340
11 Sacramento, CA 95814
   Telephone: (916) 443-9500
12 Facsimile:  (916) 443-9501

13 Attorneys for Plaintiff MARTA ANGELICA
   HURTADO

14
                    **UNITED STATES DISTRICT COURT**
15
                   **EASTERN DISTRICT OF CALIFORNIA**
16

17 MARTA ANGELICA HURTADO,                    No.:  2:14-cv-00323 KJM KJN

18                   Plaintiff,

19             vs.                            **STIPULATION TO CONTINUE TRIAL
                                             DATE; ORDER THEREON**
20 THE COUNTY OF SACRAMENTO,
   SACRAMENTO COUNTY SHERIFF'S
21 DEPARTMENT, SHERIFF SCOTT R.
   JONES in his official capacity, DEPUTY
22 DAVID CUNEO in his official and
   individual/personal capacity, DEPUTY
23 GRANT HANEY in his official and
   individual/personal capacity, DEPUTY
24 ERIC DUNCAN in his official and
   individual/personal capacity, and DOES 1-
25 100, Inclusive,

26                   Defendants.

27

28

CREGGER & CHALFANT LLP
701 University Ave., Ste. 110
Sacramento, CA  95825
(916) 443-4443

STIPULATION TO CONTINUE TRIAL DATE; ORDER
Case No. 2:14-CV-00323 KJM KJN                          1

1    WHEREAS plaintiff Marta Angelica Hurtado filed a First Amended Complaint ("FAC")

2  in this action on August 30, 2014;

3    WHEREAS Defendant David Cuneo filed an answer to the FAC on September 26, 2014

4  (Doc. No. 20);

5    WHEREAS the Honorable Kimberly Mueller issued a Scheduling Order on October 2,

6  2014, setting a Final Pretrial Conference on January 7, 2016, and Jury Trial on February 22, 2016.

7  (Doc. No. 21);

8    WHEREAS Defendant David Cuneo filed a Motion for Summary Judgment on September

9  24, 2015 (Doc. No. 32);

10    WHEREAS the court heard oral argument on Defendant Cuneo's Motion for Summary

11  Judgment on October 30, 2015, and took the motion under submission (Doc. No. 42);

12    WHEREAS the Motion for Summary Judgment remained under submission for several

13  months, and on the court's own motion, the final pretrial conference date and trial date were reset

14  multiple times (Doc. Nos. 45-50);

15    WHEREAS on April 6, 2016, the court issued a Minute Order resetting the Final Pretrial

16  Conference to June 17, 2016 at 10:a.m., and resetting Jury Trial for July 18, 2016 (Doc. No. 50);

17    WHEREAS Counsel for Defendant Cuneo has planned and pre-paid for a trip to Europe

18  between July 7, 2016, and July 24, 2016;

19    WHEREAS the parties have met and conferred and agreed on a mutually convenient trial

20  date for this matter and obtained an available trial date from Courtroom Clerk Casey Schultz;

21    THEREFORE the parties hereby stipulate, by and through their counsel of record, as

22  follows:

23    1.    The parties respectfully request that the court vacate the currently set trial date of

24  July 18th, 2016, and reset trial in this matter for August 29, 2016 at 9:00 a.m.

25    2.    The Final Pretrial Conference date of June 17, 2016 shall remain on calendar as

26  previously set.

27    IT IS SO STIPULATED.

28  ///

CREGGER & CHALFANT LLP
701 University Ave., Ste. 110
Sacramento, CA  95825
(916) 443-4443

STIPULATION TO CONTINUE TRIAL DATE; ORDER
Case No. 2:14-CV-00323 KJM KJN

2

1    Date:  May 5, 2016                    JESSE ORTIZ LAW

2

3                                          /s/ Nolan Berggren
                                           JESSE ORTIZ
4                                          NOLAN BERGGREN
                                           Attorneys for Plaintiff MARTA ANGELICA
5                                          HURTADO

6

7    Date:  May 5, 2016                    CREGGER & CHALFANT LLP

8

9                                          /s/ Robert L. Chalfant
                                           ROBERT L. CHALFANT
                                           WENDY MOTOOKA
10                                         Attorneys for Defendant DEPUTY DAVID
                                           CUNEO
11

12

13                                  **ORDER**

14        After considering the Stipulation by and between the parties through their counsel of

15   record, IT IS HEREBY ORDERED THAT:

16        1.    The currently set trial date of July 18, 2016, in this matter is vacated and re-set for

17   **August 22, 2016** at 9:00 a.m.

18        2.    The Final Pretrial Conference date of June 17, 2016 shall remain on calendar as

19   previously set.

20        **IT IS SO ORDERED.**

21

22   DATE:  May 9, 2016.

23

24   _____
     UNITED STATES DISTRICT JUDGE
25

26

27

28

CREGGER & CHALFANT LLP
701 University Ave., Ste. 110
Sacramento, CA  95825
(916) 443-4443

STIPULATION TO CONTINUE TRIAL DATE; ORDER
Case No. 2:14-CV-00323 KJM KJN                    3