1  CREGGER & CHALFANT LLP
   ROBERT L. CHALFANT, SBN 203051
2  Email: rlc@creggerlaw.com
   WENDY MOTOOKA, SBN 233589
3  Email: wm@creggerlaw.com
   701 University Avenue, Suite 110
4  Sacramento, CA 95825
   Phone: 916.443-4443
5  Fax:  916.443-2124

6  Attorneys for Defendant DEPUTY DAVID CUNEO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTA ANGELICA HURTADO, | No.: 2:14-cv-00323 KJN |
| Plaintiff, | |
| vs. | **DEFENDANT'S OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBITS** |
| THE COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SHERIFF SCOTT R. JONES in his official capacity, DEPUTY DAVID CUNEO in his official and individual/personal capacity, DEPUTY GRANT HANEY in his official and individual/personal capacity, DEPUTY ERIC DUNCAN in his official and individual/personal capacity, and DOES 1-100, Inclusive, | Trial Date: September 12, 2016 |
| Defendants. | |

Defendant Deputy David Cuneo objects to Plaintiff's trial exhibits on the grounds that Plaintiff has not provided any exhibits to Defendant. Counsel for Defendant emailed Plaintiff's counsel on August 18, 2016 at 3:04 P.M. in an attempt to meet and confer as to this issue, but received no response.

///

///

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBITS
Case No. 2:14-CV-0033 KJM KJN

1

| | |
|---|---|
| DATE: August 22, 2016 | CREGGER & CHALFANT LLP |
| | /s/ Robert L. Chalfant |
| | ROBERT L. CHALFANT |
| | WENDY MOTOOKA |
| | Defendant DEPUTY DAVID CUNEO |

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBITS
Case No. 2:14-CV-0033 KJM KJN

2